UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KEITH ALLIOTS**, an individual resident of New Jersey, and **ALOIS RUPP, JR.**, an individual resident of New Jersey,<br><br>**Plaintiffs,**<br><br>v.<br><br>**MEAT HOUSE FRANCHISING, LLC**, a New Hampshire Limited Liability Company, **JUSTIN ROSBERG**, an individual resident of New Hampshire, **THOMAS BROWN**, an individual resident of New Hampshire, and **JASON PARENT**, an individual resident of Maine,<br><br>**Defendants.** | Docket No.: 14-cv-1207-WJM-MF<br><br>ORDER |

**THIS MATTER** comes before the court on Plaintiffs' application to strike the Answer and enter default against Defendant Meat House Franchising, LLC ("MHF"). In an order dated May 30, 2014, Magistrate Judge Falk stated that:

> MHF is directed to have substitute counsel enter an appearance on its behalf on or before June 20, 2014. If MHF fails to retain substitute counsel by June 20, 2014, the Undersigned will, upon appropriate application by Plaintiffs, recommend to the District Judge that MHF's Answer be stricken and default entered.

MHF having failed to enter an appearance of counsel, and Plaintiffs having properly applied to the court for the striking of the Answer and entry of default, it is

**ON THIS** 15th day of September 2014, hereby

**ORDERED** that MHF's Answer is hereby stricken; and it is further

**ORDERED** that default is entered against MHF.

/s/ William J. Martini

_____
**WILLIAM J. MARTINI, U.S.D.J.**